UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAS GLOBAL CORPORATION
    Plaintiff,

                                           Case No. 11-cv-14010

vs.

STORM TECHNOLOGIES, INC.
 A North Carolina Corporation
    Defendant.

_____/

      Thomas N. Young  (P22656)
      Christopher G. Darrow (P67196)
      YOUNG BASILE, P.C.
      3001 W. Big Beaver Rd., Ste. 624
      Troy, MI 48084-3107
      (248) 649-3333
      Attorneys for Plaintiff

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1), SAS Global Corporation hereby voluntarily dismisses the

above-captioned action as to all claims.

                              Respectfully Submitted,

                              YOUNG BASILE HANLON & MACFARLANE PC

                              Thomas N. Young (P22656)
                              Christopher G. Darrow (P67196)
                              YOUNG BASILE, P.C.
                              3001 W. Big Beaver Rd., Ste. 624
                              Troy, MI 48084-3107
                              (248) 649-3333
                              Attorneys for Plaintiff

                              Attorney for SAS Global Corporation

Dated:  January 5, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2012, I served the foregoing document via First Class

Mail to the following.

Matthew J. Gipson
PRICE HENEVELD LLP
695 Kenmoor, S.E., P.O. Box 2567
Grand Rapids, MI  49501


By:     _/s/Christine J. David_____